speak for himself." *Green v. United States*, 365 U.S. 301, 304, 81 S.Ct. 653, 655, 5 L.Ed.2d 670 (1961). *See also* 3 Wright, Federal Practice and Procedure, § 542 (1982).

 We have held that the right of allocution must be afforded a defendant when deferred sentence is imposed following a revocation of probation. *United States v. Eads*, 480 F.2d 131 (5th Cir.1973). There, in circumstances generically identical to the present, although affirming the revocation, we sua sponte noticed the failure of the district court to accord the defendant his right of allocution upon the deferred sentencing following the revocation. Accordingly, we vacated the sentence(s) and remanded for resentencing after affording the defendant his right to allocution. *Id.* at 133. The defendant Turner is here entitled to similar relief.

*Conclusion*

Accordingly, we AFFIRM the revocation of probation, but we VACATE the sentence imposed and REMAND for resentencing consistent with the views above stated.

AFFIRMED IN PART; VACATED AND REMANDED IN PART.

Robert N. Habans, Jr., New Orleans, La., for Des Roches.

John P. Volz, U.S. Atty., Howat A. Peters, Jr., Harry W. McSherry, Asst. U.S. Attys., New Orleans, La., for plaintiff-appellee.

ON PETITIONS FOR REHEARING

Before TATE, JOLLY and DAVIS, Circuit Judges.

PER CURIAM:

We find merit to McGill's argument on application for rehearing that the following statement in our opinion at 736 F.2d 223, 228 represents an erroneous conclusion of law: "Even if the arrest was illegal, McGill voluntarily signed a form consenting to the search. Evidence obtained from an informed and voluntary consent to search is admissible despite an illegal arrest." (citing cases)

The above statement is not essential to the opinion and is deleted.

Except as noted above, the petitions for rehearing filed in the above entitled and numbered cause are denied.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Charles McGILL, John Hartsel, Patrick Murphy, a/k/a James Murphey and Arthur Desroches, Defendants-Appellants.**

No. 82–3736.

United States Court of Appeals, Fifth Circuit.

Aug. 30, 1984.

Joel Hirschhorn, Harry M. Solomon, Miami, Fla., Robert Glass, New Orleans, La., for McGill.

Louis Vernell, North Miami Beach, Fla., for Hartsel & Murphy.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Lonnie Dwain CLARK, a/k/a Chick Clark, Defendant-Appellant.**

Nos. 84–1098, 84–1099
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 31, 1984.

